## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                  **CASE NO. 4:17-CR-00298-BSM-02**

**ZACHARY JORDAN**                                                                **DEFENDANT**

## **ORDER**

Zachary Jordan's pro se motion to reduce sentence [Doc. No. 721] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G 1.10(a)(2). This is true because his 84-month sentence was based on the statutory penalties of not-less-than 60 months but not-more-than life, not the guideline range. Additionally, Jordan's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 537 at 3. Because Jordan knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 10th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE